IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELVIRA JOHNSON                                                          Plaintiff

v.                                         4:09CV00796 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                Defendant

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Jerome T. Kearney.  No objections have been filed.  After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 29th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE